IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| EVALINE DOLEY<br><br>    Plaintiff<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, et al.<br><br>    Defendants | Civil Action No. 1:05-cv-277 (JR) |

**STIPULATION AND ORDER OF DISMISSAL**

PURSUANT TO *Fed. R. Civ. P.* 41(a)(2), and as evidenced by the signatures of counsel below, all parties to the above-captioned action AGREE that the plaintiff's Complaint is hereby dismissed *with prejudice*, each party to bear its own costs.

SO ORDERED this _____ day of April, 2008.

_____
United States District Judge

_____/s/ Walter L. Williams_____
Walter L. Williams, Bar No. 12977
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (facsimile)
Counsel for Defendant The Prudential
  Insurance Company of America
walter.williams@wilsonelser.com

_____/s/ Scott B. Elkind_____
Scott B. Elkind, Esquire
ELKIND & SHEA
801 Roeder Road, Suite 550
Silver Spring, Maryland 20910
(301) 495-6665
(301) 565-5111 (facsimile)
Counsel for Plaintiff
elkindlawoffices@aol.com

90355.1